UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION 3:04CV-P241-H

ROGER DALE KELLY PLAINTIFF

V.

RICHARD KIMBLER, M.D., et al. DEFENDANTS

**MEMORANDUM OPINION AND ORDER**

Plaintiff, Roger Kelly, has resided as an inmate in several state prisons. He alleges that Defendants were deliberately indifferent to serious medical conditions and claims a violation of 42 U.S.C. § 1983. Discovery is now complete and Defendants have moved for summary judgment. The Court concludes that Defendants are entitled to the relief requested.

Defendants have demonstrated that Plaintiff has received extensive medical care for his illness and the medical care rendered is not facially inadequate or improper. Plaintiff presents only his unsupported conclusions that the care was insufficient, combined with his own admissions that he did receive medical care and medication for pain. The record shows that Plaintiff received lots of medical attention that included medication for pain.

Allegations of medical malpractice or negligent diagnosis and treatment do not state a cognizable claim under § 1983. *Estelle v. Gamble*, 429 U.S. at 106, 97 S.Ct. at 292; *see also Birrell v. Brown*, 867 F.2d 956, 958 (6th Cir. 1989). Plaintiff has received medical attention that appears facially adequate and the Court will not second-guess the judgment of the medical professional providing such treatment. *Estelle v. Gamble*, 429 U.S. at 107, 97 S.Ct. at 292-3.

Further, Plaintiff is not constitutionally entitled to a particular course of treatment on the basis of his own assessment of its necessity. A disagreement with the medical treatment received does not rise to the level of a constitutional violation. *Martin v. Sargent* 780 F.2d 1334, 1339 (8th Cir. 1985); *Sanchez v. Vild*, 891 F.2d 240, 242 (9th Cir. 1989); *Estelle*, 429 U.S. at 105-106. No actual medical evidence or testimony suggests that Plaintiff's case was inadequate. Other than denying some of Plaintiff's specific treatment demands, the record reveals no evidence from which a reasonable jury could draw an inference of deliberate indifference. The existence of disagreements alone is an insufficient evidentiary basis for supporting this constitutional claim.

Plaintiff's evidence, viewed in the light most favorable to him, is inadequate to allow any reasonable jury to find in his favor. The Court agrees entirely with Defendants' legal and factual analysis. There is no material disputed issue of fact concerning the claims against Defendants.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendants' motion for summary judgment is SUSTAINED and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

This is a final and appealable order.

cc:   Plaintiff, *Pro Se*
      Counsel of Record

2